**TRIAL COURT OFFICIAL'S**

**REQUEST FOR EXTENSION OF TIME TO FILE RECORD**

FAX to: Cathy S. Lusk, Clerk, 12th Court of Appeals, Tyler, at (903)593-2193

Court of Appeals No. (If known): **12 -15-00176-CR**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

9/3/2015 2:13:27 PM

PAM ESTES
Clerk

Trial Court Style: **STATE OF TEXAS VS. RANDY CRAWFORD**

Trial Court & County: **217TH JUDICIAL DISTRICT COURT OF ANGELINA COUNTY, TX**

Trial Court No.: **2014-0568**

Date Trial Clerk's Record Originally Due: **SUPPLEMENT DUE BY SEPT. 3, 2015**

Date Court Reporter's/Recorder's Record Originally Due:

Anticipated Number of Pages of Record: **10**

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:     (Check all that apply - attach additional pages if necessary.)

  to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

  my duties listed below preclude working on this record

X Other. (Explain.): **The Trial Court Certification has not been turned in to the court for Judge's signature.**

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by **September 11, 2015** in which to prepare it.  TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

September 3, 2015
Date

/S/Robin J. Crain
Signature

936-634-4312
Office Phone Number

Robin J. Crain
Printed Name

rcrain@angelinacounty.net
E-mail Address (if available)

Deputy District Clerk
Official Title

1

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:

Name: **JOHN D. REEVES**

Address: **1007 GRANT ST.**

**LUFKIN, TX 75901**

Phone no.: **936-632-1609**

Attorney for: **RANDY CRAWFORD**

Lead Counsel for **APPELLEE(S)**:

Name: **APRIL AYERS-PEREZ**

Address: **P.O. BOX 908**

**LUFKIN, TX 75902**

Phone no.: **936-632-5090**

Attorney for: **STATE OF TEXAS**